UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LICKERISH, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PICCLICK, INC., et al.,<br><br>        Defendants. | Case No. 5:22-mc-80152-WHO<br><br>**ORDER CLOSING CASE** |

I previously granted in part and denied in part the motion to compel that is the subject of this miscellaneous matter. Dkt. No. 9. The parties had until July 20, 2022 to bring any remaining disputes about their deposition to me, which they have not done. *Id.* The Clerk shall therefore close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 22, 2022



William H. Orrick
United States District Judge